# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LORENZO BATTLES, | Case No. 2:24-cv-00689-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| POLLARD, | |
| Defendant. | |

After screening Plaintiff's complaint, the Court mailed a copy of the complaint and the screening order to Defendant Pollard and requested that he waive service. ECF No. 3. However, the mail returned as undeliverable because it could not be forwarded. ECF No. 5. The Court therefore provides Plaintiff with the following service instructions:

**IT IS HEREBY ORDERED** that the U.S. Marshals Service must attempt service on Defendant Pollard.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to issue a summons for Defendant Pollard.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to deliver the summons, a copy of the complaint (ECF No. 4), a copy of the screening order (ECF No. 3), and a copy of this order to the USMS for service.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of the Form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff must complete a USM-285 form for Defendant Pollard and provide an address where he can be served with process. Once completed,

1  Plaintiff must provide the completed USM-285 form to the USMS. Plaintiff shall have until
2  **May 5, 2025**, to furnish the USMS with the required form.

3       **IT IS FURTHER ORDERED** that upon receipt of the issued summons, the USM-285
4  form, and the copy of the complaint—and pursuant to Federal Rule of Civil Procedure 4(c)(3)—
5  the USMS shall attempt service upon Defendant Pollard.

6       **IT IS FURTHER ORDERED** that, within twenty-one days after receiving from the
7  USMS a copy of the form USM-285 showing whether service has been accomplished, Plaintiff
8  must file a notice with the Court identifying whether Defendant Pollard was served. If Plaintiff
9  wishes to have service again attempted on Defendant Pollard, he must file a motion with the
10 Court providing a more detailed name and/or address for Defendant Pollard or specifying whether
11 some other manner of service should be attempted.

12      **IT IS FURTHER ORDERED** that Plaintiff shall have until **July 2, 2025**, to accomplish
13 service on Defendants under Federal Rule of Civil Procedure 4(m).

14      **IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's
15 claims against Defendant Pollard may be subject to dismissal for failure to complete service of
16 process pursuant to Rule 4(m).

18 DATED: April 3, 2025

20 _____
21 BRENDA WEKSLER
   UNITED STATES MAGISTRATE JUDGE