1  ROBERT W. FREEMAN
Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
E. MATTHEW FREEMAN
3  Nevada Bar No. 14198
Matt.Freeman@lewisbrisbois.com
4  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
Telephone: 702.893.3383
6  Facsimile: 702.893.3789
*Attorneys for Defendant*
7  *Officer Michael Pollard*

8
UNITED STATES DISTRICT COURT
9
DISTRICT OF NEVADA
10

11
LORENZO BATTLES,                          | Case No. 2:24-cv-00689-JAD-BNW
12
          Plaintiff,                      | **OFFICER MICHAEL POLLARD'S**
13                                         | **MOTION FOR LEAVE TO TAKE**
     vs.                                   | **DEPOSITION OF PLAINTIFF LORENZO**
14                                         | **BATTLES, AN INCARCERATED**
POLLARD,                                   | **PERSON**
15
          Defendant.
16

17

18       COMES NOW, Defendant, Officer Michael Pollard by and through his counsel of record,

19  Robert W. Freeman, Esq., and E. Matthew Freeman, Esq., of the law firm LEWIS BRISBOIS

20  BISGAARD & SMITH LLP, and hereby move this Honorable Court, pursuant to Fed. R. Civ. P.

21  30(a)(2)(B) for leave to take the deposition of Plaintiff Lorenzo Battles, currently incarcerated.

22  This motion is made and based upon the following Memorandum of Points and Authorities as well

23  as the papers an pleadings on file herein.

24       **MEMORANDUM OF POINTS AND AUTHORITIES**

25  I.    **THE DEPOSITION OF LORENZO BATTLES, WHO IS CURRENTLY**

26       **INCARCERATED AT LOVELOCK CORRECTIONAL CENTER, NEVADA, IS**

27       **NECESSARY FOR THE PREPARATION OF THE DEFENSE IN THIS MATTER.**

28       Plaintiff, an inmate in the custody of Lovelock Correctional Center, filed a Complaint on

1  April 5, 2024, alleging, among other things, violations of his civil rights under 28 U.S.C.

2  §1343(a)(3), and 42 U.S.C. §1983.  (ECF No. 4).  Pursuant to 28 U.S.C. §1915A, U.S. District

3  Court Judge Dorsey screened Plaintiff's Complaint, allowing Plaintiff to proceed against

4  Defendant on two (2) claims for First Amendment Retaliation, and Fourteenth Amendment Bodily

5  Integrity.  Defendant denies he is liable to Plaintiff under either of his causes of action.

6       Pursuant to Fed. R. Civ. P. 30(a)(2)(B), the deposition of a person confined in prison may

7  only be taken by leave of Court.  The LVMPD Defendants submit that deposition testimony is

8  necessary to the preparation of the defense in this matter as it will allow the LVMPD Defendants a

9  better understanding concerning each of Plaintiff's factual allegations as well as his claimed

10  damages, and associated medical treatment.

11  II.  **CONCLUSION**

12       Pursuant to the foregoing facts, precedent and legal argument, and based on the vital nature

13  of Plaintiff's testimony in this matter, Defendant respectfully requests the Court issue an Order

14  permitting Plaintiff Lorenzo Battles' deposition to go forward at the place of his incarceration

15  pursuant to Fed. R. Civ. P. 30(a)(2)(B).

16       DATED this 12th day of January, 2026

17

18      LEWIS BRISBOIS BISGAARD & SMITH LLP

19  By     /s/ E. Matthew Freeman

20      Robert W. Freeman

21      Nevada Bar No. 3062
    E. Matthew Freeman

22      Nevada Bar No. 14198
    6385 S. Rainbow Boulevard, Suite 600

23      Las Vegas, Nevada 89118

24      *Attorneys for Defendant*
    *Officer Michael Pollard*

25

26  It is so ORDERED.

27  _____

28  UNITED STATES MAGISTRATE JUDGE
    DATED: January 13, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12<u>th</u> day of  January, 2026, I electronically filed the **OFFICER MICHAEL POLLARD'S MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF LORENZO BATTLES, AN INCARCERATED PERSON** with the Clerk of the Court through Case Management/Electronic Filing System

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on the 12<u>th</u> day of January, 2026, I served a true and correct copy of the foregoing **OFFICER MICHAEL POLLARD'S MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF LORENZO BATTLES, AN INCARCERATED PERSON** by depositing a copy of same in the United States Mail at Las Vegas, Nevada postage fully prepaid, addressed to:

Lorenzo Battles
#1269125
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
*Plaintiff in Proper Person*

*/s/ Kristen Freeman*
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

169680334.1

3