**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Lorenzo Battles,

      Plaintiff(s),

v.

Michael Pollard,

      Defendant(s).

Case No. 2:24-cv-00689-JAD-NJK

**Order**

[Docket No. 36]

Pending before the Court is Defendant's motion to extend the dispositive motion deadline for 90 days to September 1, 2026.  Docket No. 36.  Given the order permitting Plaintiff to file an amended complaint, good cause exists to modify the dispositive motion deadline.  Having said that, any amended complaint is due by June 18, 2026, *see* Docket No. 34, and it is not clear why the parties require such a lengthy extension to the dispositive motion deadline.  Accordingly, the motion to extend is **GRANTED** in part and **DENIED** in part.  The dispositive motion deadline is **RESET** for July 20, 2026.

      IT IS SO ORDERED.

      Dated:  May 14, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1