**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORENZO BATTLES,<br><br>          Plaintiff,<br><br>vs.<br><br>POLLARD,<br><br>          Defendants. | Case No.:   2:24-cv-00689-JAD-NJK<br><br>**ORDER GRANTING<br>SUBSTITUTION OF ATTORNEYS** |

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendant, Officer Michael Pollard ("Pollard") in the above-entitled action, in place of Robert W. Freeman, Esq. and

/ / /

/ / /

/ / /

/ / /

6943.

E. Matthew Freeman, Esq. of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

DATED this 22nd day of June, 2026.

KAEMPFER CROWELL

By:    /s/ Lyssa Anderson
_____
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
TRAVIS C. STUDDARD (Nevada Bar No. 16454)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

**Attorneys for Defendant
Officer Michael Pollard**

DATED this 22nd day of June, 2026.

We hereby consent to the substitution.

Officer Michael Pollard

By:____/s/___Matthew Christian
Name:  Matthew Christian
Assistant General Counsel for Las Vegas
Metropolitan Police Department

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6943.

We hereby agree to the substitution of Kaempfer Crowell as attorneys for Officer Michael Pollard.

DATED this 22nd day of June, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Robert W. Freeman*
    ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 3062
    E. MATTHEW FREEMAN, ESQ.
    Nevada Bar No. 14198
    6385 S. Rainbow Blvd., Suite 600
    Las Vegas, NV 89118

**ORDER**

IT IS SO ORDERED.

Nancy J. Koppe
United States Magistrate Judge

Dated: June 22, 2026

6943.